46856. EPPS AIR SERVICE, INC. v. LAMPKIN.

EVANS, Judge. In *Epps Air Service v. Lampkin,* 229 Ga. 792 (194 SE2d 437), the Supreme Court of Georgia reversed the judgment of this court in 125 Ga. App. 779 (189 SE2d 127). Accordingly, the judgment of affirmance as previously made by this court is vacated and set aside and the opinion and judgment of the Supreme Court is hereby adopted.

*Judgment reversed. Bell, C. J., and Eberhardt, P. J., concur.*

DECIDED FEBRUARY 13, 1973.

*Smith, Cohen, Ringel, Kohler, Martin & Lowe, Sam F. Lowe, Jr., J. Arthur Mozley,* for appellant.

*Webb, Parker, Young & Ferguson, Paul Webb, Jr.,* for appellee.